UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT WILLIAMS,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5020** |
| **BALLY'S LOUISIANA, INC.,** d/b/a **BALLY'S CASINO LAKESHORE RESORT, INC.** | **SECTION "I"(3)** |

## ORDER AND REASONS

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the parties' joint motion to approve settlement[1] is **GRANTED**, and the parties' settlement, as memorialized in the submitted Memorandum of Understanding,[2] is **APPROVED**. The parties shall complete this settlement within thirty (30) days of this Order.

New Orleans, Louisiana, July 12th, 2007.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 67.

[2] Rec. Doc. No. 67-2.